

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2016

No. 04-15-00704-CR

Juan Erik **FLORES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B14289
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

    Appellant's second motion for extension of time is GRANTED. Appellant's brief is due May 6, 2016. No further extensions will be granted.

_____
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court